VIRGINIA:

IN THE CIRCUIT COURT FOR WYTHE COUNTY

Virginia Stafford  \*
13500 North Gate Drive
Silver Spring, MD 20906  \*

    Plaintiff,  \*

v.  \*  CASE NO.:

Circle K Stores, Inc.  \*
d/b/a Kangaroo Express #3716
152 Major Grahams Road  \*
Max Meadows, VA 24360
Serve:  \*
    Corp. Service Co.
    100 Shockoe Slip, 2nd Floor  \*
    Richmond, VA 23219
    \*
And
    \*
The Pantry, Inc.
d/b/a Kangaroo Express #3716  \*
152 Major Grahams Road
Max Meadows, VA 24360  \*
Serve:
    Corp. Service Co.  \*
    100 Shockoe Slip, 2nd Floor
    Richmond, VA 23219  \*

    Defendants.  \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
VALIDATE CASE PAPERS
RCPT : 18000001951
DATE : 02/22/2018 TIME: 14:51
CASE : 197CL18000326-00
ACCT : STAFFORD, VIRGINIA
AMT. : $344.00
```

## COMPLAINT

COMES NOW the Plaintiff, Virginia Stafford, by and through Curtis Daniel Cannon, Esquire and the Law Office of Goldberg & Finnegan, LLC, and sues the Defendants, Circle K Stores, Inc. and The Pantry, Inc., d/b/a Kangaroo Express #3716, and as grounds therefore states:

## JURISDICTION

1. This Court has jurisdiction over this matter as it arises from an incident that occurred on or about May 5, 2016 at the premises located at 152 Major Grahams Road, Max Meadows, VA 24360 known as Kangaroo Express #3716.

2. At all times relevant hereto, the Plaintiff, Virginia Stafford, was a resident of the state of Maryland.

3. At all times relevant hereto, Defendants, Circle K Stores, Inc. and/or The Pantry, Inc., owned, operated, maintained, managed, rented, leased, serviced, was responsible for and/or otherwise controlled the Premises located at 152 Major Grahams Road, Max Meadows, VA 24360 doing business as Kangaroo Express #3716.

## COUNT I
### (Negligence)

4. The Plaintiff refers to and incorporates the preceding paragraphs as if fully stated herein.

5. On or about May 5, 2016 Plaintiff was an invitee on the premises located at 152 Major Grahams Road, Max Meadows, VA 24360 known as Kangaroo Express #3716 owned, operated, maintained, managed, rented, leased, serviced and/or otherwise controlled by Defendants, Circle K Stores, Inc. and/or The Pantry, Inc.

6. At all times relevant hereto, Defendants, Circle K Stores, Inc. and/or The Pantry, Inc., owed obligations and duties to the Plaintiff to make sure the premises, Kangaroo Express #3716, at 152 Major Grahams Road, Max Meadows, VA 24360 was in a reasonably safe condition free of defects and dangerous conditions of which they knew or should have known to exist, to avoid taking any actions which would put the Plaintiff in danger, to avoid injuring the Plaintiff, and/or to warn the Plaintiff of said actions, defects and/or dangerous conditions of which they knew or

should have known to exist and which the Plaintiff would not detect through reasonable inspection.

7. Notwithstanding those obligations and duties aforesaid, Defendants, Circle K Stores, Inc. and/or the Pantry, Inc., by and through their agents, servants, and /or employees breached its obligations and duties to Plaintiff by negligently causing a large, heavy, metal object to fall from above the entrance door and strike the Plaintiff violently and forcefully in the head while an employee, agent, or servant was attempting to maintain, replace, fix, or perform some other work related to the object and/or part of the premises to which the object was attached.

8. As a direct and proximate result of Defendants, Circle K Stores, Inc.'s and/or The Pantry, Inc.'s negligence, Plaintiff Stafford was caused to sustain severe and permanent bodily injuries for which she has received and will continue to receive into the future medical care, has incurred and will continue to incur into the future medical expenses and loss of income and loss of earning capacity, has incurred and will continue to incur other economic and non-economic damages now and into the future all of which losses will be sustained on a permanent basis.

9. THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES PRESENTED HEREIN.

WHEREFORE, Plaintiff Virginia Stafford demands judgment, jointly and severally, against Defendants, Circle K Stores, Inc. and/or The Pantry, Inc. d/b/a Kangaroo Express #3716, in the amount of Five Million ($5,000,000.00) dollars together with interest from May 5, 2016, as provided for in §8.01-382 of the 1950 Code of Virginia, as amended, and the costs of this proceeding.

Virginia Stafford,
By counsel,

Respectfully submitted,

GOLDBERG & FINNEGAN, LLC

_____
Curtis Daniel Cannon, Esq. #73711
8401 Colesville Road, #630
Silver Spring, Maryland 20910
(301) 589-2999 (p)
(301) 589-2644 (f)
Counsel for Plaintiff
ccannon@goldbergfinnegan.com

## DEMAND FOR JURY TRIAL

THE PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES PRESENTED HEREIN.

Virginia Stafford,
By counsel,

Respectfully submitted,

GOLDBERG & FINNEGAN, LLC

_____
Curtis Daniel Cannon, Esq. #73711
8401 Colesville Road, #630
Silver Spring, Maryland 20910
(301) 589-2999 (p)
(301) 589-2644 (f)
Counsel for Plaintiff
ccannon@goldbergfinnegan.com