IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 07 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| VIRGINIA STAFFORD, | Civil Action No. 7:18CV00135 |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| CIRCLE K STORES, INC., | |
| | By: Hon. Glen E. Conrad |
| Defendant. | Senior United States District Judge |

The court has before it the parties' stipulation of dismissal in this case filed pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

It is accordingly,

ADJUDGED and ORDERED

that the above-styled matter is DISMISSED with prejudice, each party to bear its own costs and attorney's fees, and this case is stricken from the active docket of this court.

The Clerk is hereby directed to send a certified copy of this order to all counsel of record.

Enter this 7th day of January, 2019.

/s/ Glen E. Conrad
Senior United States District Judge